[ARGUED SEPTEMBER 9, 2021]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE HON. JOHN R. ADAMS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JUDICIAL COUNCIL OF THE SIXTH CIRCUIT, et al.<br><br>Defendants-Appellees. | No. 20-5288 |

**STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL**

The parties hereby agree that the above-captioned appeal should be dismissed pursuant to Federal Rule of Appellate Procedure 42(b). The parties will bear their own fees and costs.

Respectfully submitted,

Date: 03/23/2022         /s/ *Paul J. Orfanedes*
                                                Paul J. Orfanedes
                                                (202) 646-5165
                                                    Judicial Watch, Inc.
                                                    425 Third Street SW
                                                   Suite 800
                                                   Washington, DC  20024

*Attorney for Plaintiff-Appellant*

Date: 03/23/2022         /s/ *Kevin B. Soter*
                                                Kevin B. Soter
                                                (202) 514-3602
                                                   Attorney, Appellate Staff
                                                   Civil Division
                                                   U.S. Department of Justice
                                                   950 Pennsylvania Ave. NW
                                                   Room 7222
                                                   Washington, D.C.  20530

*Attorney for Defendants-Appellees*